**Order entered December 6, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01084-CV

### IN THE INTEREST OF S.M.G., A MINOR CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-18-00695-X**

## ORDER

Appellant's brief in this termination of parental rights case is overdue. By order dated November 12, 2019, we ordered this appeal submitted without a reporter's record because appellant failed to respond to our notice regarding the reporter's record and set the due date for appellant's brief within twenty days of the date of the order. A review of the record shows that on September 4, 2019, Ramiro Garcia Barron filed a notice of appeal for appellant. The record also contains a September 6, 2019 order appointing Frankie Adler to "represent the following person(s) in this cause" but does not indicate which person Adler is to represent. Therefore, all notices regarding this case have been sent to Ramiro Garcia Barron, who has failed to respond to the notices.

Accordingly, we **ORDER** the trial court to conduct a hearing to determine who is representing appellant in this appeal, why the reporter's record has not been requested and why appellant's brief has not been filed. In this regard, the trial court shall make appropriate findings

and recommendations and determine whether appellant desires to prosecute the appeal.  If the trial court cannot obtain appellant's presence at the hearing, the trial court shall conduct the hearing in appellant's absence.  The trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include the appointment of new counsel. We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **FIFTEEN DAYS** of the date of this order.

This appeal is **ABATED** to allow the trial court to comply with the above order.  The appeal shall be reinstated fifteen days from the date of this order or when the findings are received, whichever is earlier.

/s/  BILL WHITEHILL
    JUSTICE